

FILED
CO-386-online
JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| PAETEC COMMUNICATIONS, INC. | ) | CASE NUMBER 1:05CV01484 |
| Plaintiff | ) Civil Action No. | JUDGE: Colleen Kollar-Kotelly |
| vs | ) | DECK TYPE: Contract |
| ICG TELECOM GROUP, INC. | ) | DATE STAMP: 07/28/2005 |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __PAETEC COMMUNICATIONS, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PAETEC COMMUNICATIONS, INC.__ which have any outstanding securities in the hands of the public:

PAETEC COMMUICATIONS, INC. is a wholly-owned subsidiary of PAETEC CORP. Both corporations are privately-owned Delaware Corporations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_Signature_

D.C. Bar No. 475821
BAR IDENTIFICATION NO.

Jeffrey J. Binder, Esq.
Print Name

2510 Virginia Avenue, N.W.
Address

Washington    D.C.    20037
City          State   Zip Code

(202)965-0199
Phone Number