UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC.,<br><br>One PAETEC Plaza<br>600 Willowbrook Office Park<br>Fairport, New York 14450<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IGC TELECOM GROUP, INC.,<br><br>161 Inverness Drive West<br>Englewood Colorado 80112<br>　　　　　　Defendant. | No. 1:05CV01484 (CKK) |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME**

Defendant ICG Telecom Group, Inc. ("ICG"), by and through undersigned counsel, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which Defendant may file a responsive pleading to the Complaint filed by Plaintiff Paetec Communications, Inc. ("Paetec") on July 28, 2005. In support of this Motion, ICG states as follows:

　　1.　　Upon service of the Complaint, counsel for ICG and Paetec agreed that Defendant could file its responsive pleading no later than September 22, 2005.

　　2.　　Counsel for ICG and Paetec subsequently agreed that Defendant could file its responsive pleading no later than October 7, 2005.

　　3.　　The requested enlargement of time will not prejudice Plaintiff.

　　4.　　This Motion is unopposed by counsel for Plaintiff.

                    Respectfully submitted,

                    _/s/ Mitchell F. Brecher_

                    Mitchell F. Brecher (210781)
                    Debra McGuire Mercer (439233)
                    GREENBERG TRAURIG, LLP
                    800 Connecticut Avenue, NW
                    Washington, D.C. 20006
                    (202) 331-3100 (telephone)
                    (202) 331-3101 (facsimile)

September 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2005, I caused a copy of Plaintiff's Unopposed Motion to Enlarge Time to be served by prepaid U.S. Mail upon the following:

Jeffrey J. Binder
The Watergate
2510 Virginia Avenue, NW
Washington, DC 20037


_____
Debra McGuire Mercer