UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC.,<br><br>One PAETEC Plaza<br>600 Willowbrook Office Park<br>Fairport, New York 14450<br><br>          Plaintiff,<br><br>v.<br><br>IGC TELECOM GROUP, INC.,<br><br>161 Inverness Drive West<br>Englewood Colorado 80112<br>          Defendant. | No. 1:05CV01484 (CKK) |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned counsel of record for Defendant ICG Telecom Group, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ICG Telecom Group, Inc., which have any outstanding securities in the hands of the public:

ICG Telecom Group, Inc. is a wholly-owned subsidiary of ICG Holdings, Inc. (a Colorado corporation), which is a wholly-owned subsidiary of ICG Communications, Inc. (a Delaware corporation). All of the listed entities are privately-owned corporations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Mitchell F. Brecher (210781)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Washington, D.C. 20006
(202) 331-3100 (telephone)

September 21, 2005