IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 1:05CV01484(CKK) |
| ) | |
| ICG TELECOM GROUP, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PAETEC COMMUNICATIONS, INC.S MOTION TO ENLARGE TIME TO FILE RESPONSE TO ICG'S COUNTERCLAIMS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which PAETEC may file its response to ICG's Counterclaims from October 31, 2005 up to and including November 14, 2005.

In support of this motion, PAETEC states:

1. PAETEC requests the enlargement of time in order to fully investigate and draft a response to the matters raised in ICG's counterclaims;

2. PAETEC's undersigned counsel has spoken to counsel for ICG who consents to the requested enlargement of time;

3. This is PAETEC's first request for such an enlargement of time;

4. The enlargement of time causes no prejudice;

5. The enlargement of time will also provide both sides the further opportunity to narrow issues or resolve the case.

WHEREFORE, PAETEC respectfully requests that this Honorable Court grant it's consented to motion to enlarge the time for filing its response to ICG's counterclaims.

Respectfully submitted,

_____
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, NW
Washington, D.C.  20037
(202)965-0199
j.j.binder@verizon.net

Attorney for PaeTec Communications, Inc.

Dated this 31st day of October, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing its Response to ICG's Counterclaims to be served by first class U.S. mail postage prepaid upon:

Deborah J. Israel
Michael R. Sklaire
Womble Carlyle Sandridge and Rice, PLLC
1401 Eye Street, N.W.
Washington, D.C. 2005

                                                  **JEFFREY J. BINDER**