IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br>  vs. ) <br> ) <br> ICG TELECOM GROUP, INC., ) <br> ) <br> ) <br>     Defendant. ) <br> ) | C.A. No. 1:05CV01484(CKK) |

**PAETEC COMMUNICATIONS, INC.S CONSENTED TO MOTION TO ENLARGE TIME TO FILE RESPONSE TO ICG'S COUNTERCLAIMS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which PAETEC may file its response to ICG's Counterclaims from November 14, 2005 up to and including November 21, 2005.

In support of this motion, PAETEC states:

1. During the past week, the parties engaged in discussions aimed at resolving all of the contested issues. To advance further these good faith efforts,

the parties must retrieve, exchange, and analyze more data regarding telecommunications traffic at issue. The requested extension is needed to afford the parties time to work with this relevant data.

2. PAETEC's undersigned counsel has spoken to counsel for ICG who consents to the requested enlargement of time;

3. The enlargement of time causes no prejudice. bnhy

WHEREFORE, PAETEC respectfully requests that this Honorable Court grant it's consented to motion to enlarge the time for filing its response to ICG's counterclaims.

Respectfully submitted,

_____
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, NW
Washington, D.C.  20037
(202)965-0199
j.j.binder@verizon.net

Attorney for PaeTec Communications, Inc.

Dated this 14th day of November, 2005

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing its Response to ICG's Counterclaims to be served by first class U.S. mail postage prepaid upon:

Mitchell F. Brecher
Debra McGuire Mercer
Greenburg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20005

**JEFFREY J. BINDER**