IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) C.A. No. 1:05CV01484(CKK)<br>) |
| ICG TELECOM GROUP, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**PAETEC COMMUNICATIONS, INC.S CONSENTED TO MOTION TO ENLARGE
TIME TO FILE RESPONSE TO ICG'S COUNTERCLAIMS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which PAETEC may file its response to ICG's Counterclaims from November 21, 2005 up to and including Novemver 28, 2005.

In support of this motion, PAETEC states:

1. During the past week, the parties have continued to engage in discussions aimed at resolving all of the contested issues. Some progress toward a settlement

has been made. The requested extension is needed to afford the parties time to work with this progress and hopefully settle the instant litigation.

2. PAETEC's undersigned counsel has spoken to counsel for ICG who consents to the requested enlargement of time;

3. The enlargement of time causes no prejudice.

WHEREFORE, PAETEC respectfully requests that this Honorable Court grant it's consented to motion to enlarge the time for filing its response to ICG's counterclaims.

                              Respectfully submitted,

                                    /s/
                          _____
                          Jeffrey J. Binder, Esq.
                          D.C. Bar #475821
                          The Watergate
                          2510 Virginia Avenue, NW
                          Washington, D.C.  20037
                          (202)965-0199
                          j.j.binder@verizon.net

                          Attorney for PaeTec
                          Communications, Inc.


                     Dated this 21st day of November, 2005

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing its Response to ICG's Counterclaims to be served by first class U.S. mail postage prepaid upon:

Mitchell F. Brecher
Debra McGuire Mercer
Greenburg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20005

/s/

**JEFFREY J. BINDER**