IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>) C.A. No. 1:05CV01484 (CKK)<br>VS. )<br>)<br>)<br>ICG TELECOM GROUP, INC., )<br>)<br>Defendant. )<br>)<br>_____) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-entitled action, PAETEC COMMUNICATIONS, INC. and ICG TELECOM GROUP, INC., hereby stipulate that the above-entitled action, including all claims and counterclaims therein, be dismissed with prejudice.

For ICG Telecom Group, Inc.                For PAETEC Communications, Inc.

_____/s/_____                  _____/s/_____
Mitchell F. Brecher, Esq.                  Jeffrey J. Binder, Esq.
#210781                                    #475821
Greenburg Traurig, LLP                     The Watergate
800 Connecticut Avenue, N.W.               2510 Virginia Avenue, N.W.
Washington, D.C. 20006                     Washington, D.C. 20037
(202)331-3100                              (202)965-0199

DATED: January    , 2006

Case 1:05-cv-01484-CKK    Document 11    Filed 01/30/2006    Page 2 of 2