IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | C.A. No. 1:05CV01484 (CKK) |
| VS. ) | |
| ) | |
| ) | |
| ICG TELECOM GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-entitled action, PAETEC COMMUNICATIONS, INC. and ICG TELECOM GROUP, INC., hereby stipulate that the above-entitled action, including all claims and counterclaims therein, be dismissed with prejudice.

For ICG Telecom Group, Inc.                         For PAETEC Communications, Inc.

_____/s/_____                       _____/s/_____
Mitchell F. Brecher, Esq.                             Jeffrey J. Binder, Esq.
#210781                                                    #475821
Greenburg Traurig, LLP                              The Watergate
800 Connecticut Avenue, N.W.                   2510 Virginia Avenue, N.W.
Washington, D.C. 20006                            Washington, D.C. 20037
(202)331-3100                                             (202)965-0199

DATED: January    , 2006