IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:05CV01484 (CKK) |
| VS. ) | |
| ) | |
| ICG TELECOM GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

Based upon the parties' heretofore filed Stipulation of Dismissal in the above-entitled action, IT IS ORDERED AND ADJUDGED that the above-entitled action, including all claims and counterclaims, is dismissed with prejudice and without costs.

Entered: _____, 2006

_____

UNITED STATES DISTRICT JUDGE